AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

FILED
MAR 6 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

United States of America
v.

AARON CHASE SANDERS
*Defendant(s)*

Case No. 26-MJ-197-JFJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 22, 2025 to January 3, 2026 in the county of Tulsa in the Northern District of Oklahoma, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) | Possession of Child Pornography |
| 18 U.S.C. §§ 2252A(a)(7) & (b)(3) | Production of a Morphed Image of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Special Agent Jessica Jennings, HSI
*Printed name and title*

Sworn to before me by phone.

Date: 3/6/26

[signature]
*Judge's signature*

City and state: Tulsa, OK

Jodi F. Jayne, United States Magistrate Judge
*Printed name and title*

**Affidavit in Support of an Arrest Warrant**
**in the Northern District of Oklahoma**

I, Jessica Jennings, being duly sworn under oath, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent ("SA") with Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI") since July 2022. I am currently assigned to the Office of the Resident Agent in Charge in Tulsa, Oklahoma, and am currently assigned to investigate crimes involving child exploitation. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center's (FLETC) Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training (HSISAT) program, and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252(a).

2. As part of my duties as an HSI agent, I investigate criminal violations relating to child pornography, including the production, transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252,

and 2252A. I have received training in the areas of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography, as defined in 18 U.S.C. § 2256, in all forms of media. I have been involved in several child pornography investigations and am familiar with the tactics used by individuals who collect and distribute child pornographic material.

3. It is my belief that a male known as Aaron Chase **SANDERS**, DOB xx-xx-1997; SSN xxx-xx-2464, has violated, 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) - Possession of Child Pornography and 18 U.S.C. §§ 2252A(a)(7) & (b)(3) -Production of a Morphed Image of Child Pornography, in that on or about September 22, 2025 through January 3, 2026 SANDERS produced a morphed image of child pornography, by depicting his minor daughter, MV1 DOB XX-XX-2023, engaging in oral sexual intercourse with an erect male genitalia, believed to be created with an artificial intelligence software, another digitally altered photograph was discovered containing another minor child, MV2 DOB XX-XX-2020, observing a subject perform oral sex on an adult male, believed to be created with an artificial intelligence software, and that SANDERS possessed child pornography in Tulsa, Tulsa County, Oklahoma, which is within the boundaries of the Northern District of Oklahoma.

## PROBABLE CAUSE

4. On March 6, 2026, Homeland Security Investigations, Tulsa office received the following information about **SANDERS** from the Bixby Police Department.

5. On January 3, 2026, a possible molestation report was received by Tulsa Police Officer Nathan Siens. He met with a reporting party, hereinafter referred to as "Witness 1", who reported the following: Witness 1 stated that she had been talking to a guy named Aaron on Snapchat and the conversation took a turn. She stated that she and Aaron had been sending sexual content back and forth and with each other and had plans to meet up. The conversation led to Aaron stating some things about his 3-year-old daughter that Witness 1 did not feel comfortable with. One of the statements Aaron made referencing his daughter was "she walked in on me fucking once and for some reason it turned me onnnn" Witness 1 asked the follow up question of "it turned you on to have your daughter walk in on you?" He responded with "Yep yep I told you I'm a freak freak" This messaging conversation continues back and forth where Aaron made several statements referencing his 3-year-old daughter:

- "Let's just say her little hands.. love to be wrappppped"
- "come over tonight and we can playyyy with her"
- "Fine. I'll just play with her pretty little pussy and let her spit on my cock without you"

- "So You're going to come over in a bit and help me play with my little girlllllll huh"
- "Fuck yes. Thinking of my little girl stroking it into your mouth or both of us licking her tight little ass and pussy".
- "She loves to watch porn with me and stroke me to it" .

6. The Tulsa Police Department viewed the Snap messages and took a video of them from Witness 1's phone. TPD was able to locate a possible suspect of Aaron SANDERS at 7006 E 155 Place South in Bixby, OK. The Snapchat name, Aroddd0501, was preserved by the Tulsa Police Department. A Bixby Police Department (BPD) Patrol Officer sent an exigency request to Snapchat to locate the IP address log of the Snap User Aroddd0501. Snapchat responded back shortly with an IP Log. One IP address located in the IP log, 38.146.156.71, was shown to be active on Jan 3,2026 at 14:16:22 UTC. The IP address was registered to BTC, a local Bixby Internet provider. BPD made contact with BTC, and requested and exigency request to identify the assigned user of the IP address. BTC confirmed the IP address checked back to Aaron **SANDERS** at the assigned address 7006 E 155 Place South Bixby, Oklahoma.

7. BPD then contacted the OK Department of Human Services requested a Priority 1 joint response. Officers located a possible number for the mother of the children, B.S. BPD responded to the address and made contact with B.S.. B.S. confirmed that she was at the residence with the children. B.S. confirmed that Aaron

SANDERS was not at the residence. B.S. allowed Bixby Officers and DHS into the residence.

8. While speaking with B.S. she confirmed the following; She and **SANDERS** are currently going through a divorce. The kids remain at the residence. She and Aaron SANDERS alternate nights. **SANDERS** was at the residence earlier in the evening, but left. Bixby Officers advised B.S. of the allegations. B.S. became visibly upset and uttered that she wasn't surprised. B.S. confirmed **SANDERS** once had an Only Fans account. B.S. also advised that **SANDERS** had passwords that contain "Lolita"..[1] She found a password "Lolita57!" saved into his cell phone. She found that he had been removed from Tinder and found a picture of a young girl, no nudity, posed seductively with her finger in her mouth. B.S. provided the Bixby Detective with the pictures she took of his cell phone. The Bixby Detective reviewed the picture, of the "young girl". The girl is age difficult and the age of the female in the image could not be determined. B.S. confirmed **SANDERS** is often armed and is in the National Guard. B.S. confirmed, **SANDERS** drives a Silver Ford F-150. B.S. confirmed **SANDERS** usually has two cell phones and a laptop with him.

9. On Sunday, January 4, 2026, BPD conducted a search warrant for **SANDERS**, his vehicle, and his portable electronic devices was authored. A felony

---

[1] "Lolita" is a common slang term used to refer to a young girl who is regarded in sexual terms by an older person, or more specifically, a minor who is the subject of child sexual abuse material. The term is a descriptor for the victim or the type of material being discussed in lewd or sexually explicit communications or acts involving minors.

stop was conducted, on **SANDERS** and he was detained. A search of his vehicle was conducted, and four electronic devices were seized, consisting of two cellular phones, one Chromebook laptop, and one smartwatch. While detained **SANDERS** was transported to the BPD for an interview.

10. **SANDERS** was brought into an interview room and read his Miranda rights. **SANDERS** agreed to speak with investigators. During the interview, **SANDERS** admitted that he sent the Snapchat messages in question. **SANDERS** stated that the messages were intended as role-play or fantasy and were not intended to reflect real-world actions or intent. When questioned about how such intent would be understood given the wording of the messages, **SANDERS** did not provide a clear explanation. **SANDERS** denied touching his daughter inappropriately throughout the interview. **SANDERS** further stated that the password "Lolita" was, according to him, a reference to a family-related name. After the interview, SANDERS left the Bixby Police Department and was provided a ride back to his vehicle.

11. BPD conducted a forensic review of **SANDERS'** electronic devices. During the review, investigators located apparent child pornography. Numerous images depicting prepubescent females in sexually explicit contexts were identified. Investigators also located a digitally altered images and video depicting a minor child identified as **SANDERS'** daughter, MV1, along with MV1's mother, B.S. In the digitally altered media, **SANDERS'** daughter is engaging in oral sexual intercourse with erect male genitalia. The review also revealed an original video file depicting

MV1 and her mother seated outdoors in matching clothing and surroundings. Investigators believe this video to be the original media used to create the altered media. Based on the visual similarities and forensic indicators, investigators determined the original media file had been digitally manipulated to produce child sexual abuse material of the MV1 and B.S. engaging in oral sex with erect male genitalia.

12. On January 23, 2026, BPD received a phone call from a subject – hereinafter referred to as "Witness 2" who advised she was concerned her minor daughter – hereinafter referred to as MV2 may be depicted on SANDERS' devices. SANDERS had previously repeatedly encouraged getting their children together and made comments regarding how attractive Witness 2's daughters were. Witness 2 provided a physical description of MV2. BPD located an AI-generated and/or digitally manipulated image of MV2 observing a subject performing oral sex on an adult male penis. BPD showed Witness 2 a sanitized version of the image, and Witness 2 identified the image as MV2.

13. Further during the review, a digital media was found to be made on **SANDERS'** device on 12/08/2025 at 07:54:04 PM. In the media, you can see **SANDERS** living room, his pet dog, a male, believed to be **SANDERS** sitting on a couch with exposed erect male genitalia, and a what appears to be a young child sitting at the opposite side of the couch. The child's arm can be seen, the child's legs are under a blanket and face is not shown in the media. The following text message conversation transpires between **SANDERS** and **J.J.**;

- **SANDERS** at 7:30:55 PM; Fuckkkkkk it's so HARD she just ran in here and sat down on the other end of the couch. Idc you got me so hard and horny I just spit alllll over it ??
- **SANDERS** 7:31:51 PM; Hold on my boy woke up let me put him back down and ill show you how close she is to me with this cock hard ??
- **SANDERS** sends a text message on 12/8/2025 at 7:54:25 PM.
- At 7:54:53 PM **J.J**. states; Aaron put that shit under the blanket ?? (49 seconds after media created)
- 7:55:46 PM **SANDERS**; No I'm enjoying myself ?? what's the problem (102 seconds after media created)
- 7:56:18 PM **J.J**.; Your baby is right there damn near watching you ?? (134 seconds after media created)
- 7:56:35 PM **SANDERS**; She's already seen. Who cares ?? (151 seconds after media created).

This conversation and time is consistent with an observable child sitting at the opposite end of the couch in **SANDERS** living room while a male subject is seen rubbing his erect penis.

14. Additionally, numerous images of prepubescent child pornography were located on one of **SANDERS'** devices. In context one specific media, MPEG-4 file type, appears to be a video of a prepubescent child female in the age range of approximately three (3) to five (5) years of age. The file name telegram-cloud-

document-4-6050652941948294896 and shows a creation date of 12/27/2025 at 07:27:24 A.M. The child is laying down nude with her legs spread. The child's genitalia is in the center focus of the media. The child's face can be seen. An erect male genitalia can be seen on the child's genitalia, appearing to be rubbing the child's genitalia. A shiny substance can also be seen on both the erect penis and the child's genitalia. Later an adult hand is seen spreading the child's buttocks and exposing the child's anus. A watermark is on the bottom portion of the media in red "Telegram: @teen907".

15. According to BPD reports, SANDERS social media accounts included a Snapchat account, a Mega account, Google accounts, and a Telegram account. A review of one of SANDERS' electronic devices showed email communication to Telegram. In these emails SANDERS reports to Telegram that there is child pornography groups on their site. SANDERS emails indicate that he told Telegram that he accessed and located these online groups and that he "snuck" into these groups and accessed their contraband content.

## CONCLUSION

Based on the information set forth in this affidavit, I submit there is probable cause to believe that Aaron Chase **SANDERS** has violated 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) - Possession of Child Pornography and 18 U.S.C. §§ 2252A(a)(7) & (b)(3) -Production of a Morphed Image of Child Pornography.

Respectfully submitted,

Jessica Jennings
Special Agent
Homeland Security Investigations

Subscribed and sworn via phone on the 6th day of March, 2026.

JODI F. JAYNE
UNITED STATES MAGISTRATE JUDGE