**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AARON CHASE SANDERS,**<br><br>**Defendant.** | **Case No. 26-CR-117-JDR** |

**MOTION TO DISMISS COUNT 1 OF THE INDICTMENT**

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, plaintiff hereby informs the Court that the government filed an Indictment (Dkt. # 12) on April 6, 2026. The government moves the Court for leave to dismiss Count 1 of the Indictment (Dkt. # 12) in the above-styled case without prejudice, in the interest of justice.

WHEREFORE, premises considered, plaintiff prays that the instant motion be granted, and for all other proper relief.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Ashley Robert*
Ashley Robert, TX Bar No. 24086955
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**Certificate of Service**

I hereby certify that on this 29 day of May, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Kevin Adams
*Attorney for Defendant*

*/s/ Ashley Robert*
Ashley Robert
Assistant United States Attorney