FILED

JUL 2 0 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AARON CHASE SANDERS,**<br><br>**Defendant.** | **Case No. 26-CR-117-JDR**<br><br>**SUPERSEDING INDICTMENT**<br>**[18 U.S.C. § 2252A(a)(5)(B) and 2252A(b)(2) – Possession of Child Pornography;**<br>**Forfeiture Allegation: 18 U.S.C. § 2253 – Child Exploitation Forfeiture]** |

**THE GRAND JURY CHARGES:**

From on or about September 22, 2025, to on or about January 4, 2026, in the Northern District of Oklahoma and elsewhere, the defendant, **AARON CHASE SANDERS**, knowingly possessed and knowingly accessed with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contained an image of child pornography that has been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. At least one image of child pornography involved a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION
## [18 U.S.C. § 2253]

The allegation contained in this Superseding Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Upon conviction of the offense alleged in this Superseding Indictment, as a part of the sentence, the defendant, **AARON CHASE SANDERS**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violation and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes, but is not limited to:

**ELECTRONICS**

1. An iPhone 15 Pro Max cell phone, serial number F62V6RW4XG;
2. An iPhone 16 Pro Max cell phone; serial number F727NWRG9H;
3. A Chromebook; and
4. A red Apple watch.

All pursuant to Title 18, United States Code, Section 2253.

CLINTON J. JOHNSON
United States Attorney

ASHLEY ROBERT
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson