# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.:  26-CR-117-JDR |
| AARON CHASE SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S REQUESTED JURY INSTRUCTIONS

Defendant, Aaron Chase Sanders submits the attached requested jury instructions. Counsel for Mr. Sanders has reviewed the United States' Requested Jury Instructions (Document 43) and has no objection to the Government's requested instructions and request the following additional instructions. The Defense reserves the right to provide supplemental instructions as necessary.

Respectfully Submitted,

/s/ Kevin Adams

_____
Kevin D. Adams, OBA# 18914
Attorney at Law
12 N. Cheyenne Ave, #41
Tulsa, OK 74103
O (918) 582-1313
lawyeradams@me.com
Attorney for Aaron Chase Sanders

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2026, I electronically transmitted the attached document

to the Clerk of the Court using the ECF System for filing. Based on the records currently on file,

the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:


Ashley Robert
Matt Cyran

/s/ Kevin Adams

**NOTE-TAKING BY JURORS**

If you would like to take notes during the trial, you may. On the other hand, you are not required to take notes. If you do decide to take notes, be careful not to get so involved in note taking that you become distracted and remember that your notes will not necessarily reflect exactly what was said, so your notes should be used only as memory aids. Therefore, you should not give your notes precedence over your independent recollection of the evidence. You should also not be unduly influenced by the notes of other jurors. If you do take notes, leave them in the jury room at night and do not discuss the contents of your notes until you begin deliberations.

Source: 10th Circuit Pattern Instruction 1.02

On page 8 of the Government's proposed jury instructions, the Government listed both alternatives to Pattern Instruction 1.02. The Defense requests Alternative B because the Defense is requesting that the jury be allowed to take notes.

**Cached Files Is Not Sufficient**

Presence of child pornography images in a computer's temporary cache file is not sufficient to establish the defendant's knowing possession of the images. One cannot be guilty of possession for simply having viewed an image, thereby causing the images to be automatically stored in the browser's cache, without having purposely saved or downloaded the image.

Source: *United States v. Amin Ricker*, 3:17-CR-30053-RAL (United States District Court of South Dakota Central Division) Document 203, Instruction No. 23, pg. 24 of 31

See also *United States v. Dobbs*, 629 F.3d 1199 (10th Cir. 2011)

**Your Recollection Controls**

If any reference by the Court or by counsel to matters of testimony or exhibits does not coincide with your own recollection of the evidence, it is your recollection which should control during your deliberations and not the statement of the Court or of counsel. You are the sole judges of the evidence received in this case.

Source: *United States v. King*, 24-CR-81-JDR (Document 93 page 27)